**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RANDALL E. STANDRIDGE**                                                              **PLAINTIFF**

**v.**                          **Case No. 4:14-cv-00302-KGB**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

**ORDER**

The Court has received Proposed Findings and Recommendations from Magistrate Judge H. David Young (Dkt. No. 12). No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court grants defendant's unopposed motion to remand (Dkt. No. 11).

SO ORDERED this the 20th day of May, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE